IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| THYS CHEVROLET, INC. and FAMILY AUTO CENTER, INC. | |
| Plaintiffs, | No. 10-CV-46-LRR |
| vs. | **ORDER** |
| GENERAL MOTORS LLC, | |
| Defendant. | |

_____

The matter before the court is Defendant General Motors LLC's "Motion to Postpone Preliminary Injunction Hearing Scheduled for September 16, 2010, Hold an Expedited Status Conference, and Establish Briefing Schedule on Legal Issues" ("Motion") (docket no. 7). On September 10, 2010, the court held a telephonic status conference ("Hearing"). Attorney James Arenson appeared on behalf of Plaintiffs Thys Chevrolet, Inc. and Family Auto Center, Inc. Attorneys Greg Lederer and Jeffrey Jones appeared on behalf of Defendant.

For the reasons stated at the Hearing, the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is granted to the extent it seeks to: (1) postpone the hearing set for Plaintiffs' Motion for Preliminary Injunction (docket no. 3); (2) set an expedited status conference to address scheduling matters; and (3) establish a briefing schedule and hearing to address jurisdictional issues. The Motion is denied to the extent Defendant requests "targeted discovery[.]" Motion at 1.

A hearing with respect to the court's jurisdiction over the instant action shall be held at **10:15 a.m. on September 16, 2010** before the undersigned in Courtroom 1/Bldg. B, 4200 C Street SW, Cedar Rapids, Iowa. The parties are **DIRECTED** to file their briefing on the jurisdictional issues on or before **5:00 p.m. on September 14, 2010**. The

hearing on Plaintiffs' Motion for Preliminary Injunction (docket no. 3) is **CONTINUED** to **3:00 p.m. on October 5, 2010** before the undersigned in Courtroom 1/Bldg. B, 4200 C Street SW, Cedar Rapids, Iowa.

    **IT IS SO ORDERED.**

    **DATED** this 10th day of September, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA